Case 3:12-cr-00105-RCJ-VPC   Document 13   Filed 12/21/12   Page 1 of 3

1 | RENE L. VALLADARES
Federal Public Defender
2 | State Bar No. 11479
CYNTHIA S. HAHN
3 | Assistant Federal Public Defender
201 W. Liberty St., #102
4 | Reno, NV 89501
Telephone: 775-321-8451
5 | Facsimile:  775-784-5369

6 | ATTORNEY FOR MARCUS ALLEN MARTINEZ

7

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

10 | * * *

11 | UNITED STATES OF AMERICA,                    3:12-CR-105-RCJ-VPC

12 |              Plaintiff,                       **DEFENDANT'S MOTION FOR
                                                   REASSIGNMENT OF THIS CASE TO
13 | vs.                                           THE HONORABLE JUDGE McKIBBEN
                                                   FOR CONSOLIDATION WITH CASES
14 | MARCUS ALLEN MARTINEZ,                        3:11-CR-015-HDM-VPC AND 3:08-CR-
                                                   101-HDM-VPC**
15 |              Defendant.

16

17

18 | CERTIFICATION:    This Motion is timely filed since there is no filing deadline for filing of these

19 | motions.

20 |        Defendant, MARCUS ALLEN MARTINEZ, by and through his attorney of record,

21 | CYNTHIA S. HAHN, Assistant Federal Public Defender, hereby moves this Honorable Court for

22 | an order reassigning this case to the Honorable Judge McKibben and consolidating it with the

23 | defendant's pending federal supervised release violation hearings in criminal cases 3:11-CR-015-

24 | HDM-VPC and 3:08-CR-101-HDM-VPC.

25 |        This motion is made in the interest of judicial economy and to permit the adjudication of the

26 | three pending matters at the same time. Mr. Martinez's cases, 3:11-CR-015-HDM-VPC and 3:08-

27

28

1  CR-101-HDM-VPC, are currently set for hearing on January 30, 2013 at 10:00 a.m.[1]  Mr. Martinez,

2  undersigned counsel, and the government are in agreement in consolidating the three cases for

3  disposition in front of Judge McKibben as a plea disposing of all cases has been offered by the

4  government and accepted by Mr. Martinez.

5      Reassigning this case to Judge McKibben will permit the parties to consolidate the

6  adjudication of the three matters before one judge and thus conserve judicial and prosecutorial

7  resources.  The probation department will also be able to prepare one presentence report that

8  addresses all sentencing and supervised release issues involved in the three cases.

9      As stated, *supra*, Assistant United States Attorney, Carla B. Higginbotham, is in agreement

10  with the reassignment and consolidation of this case as set forth above.

11      RESPECTFULLY SUBMITTED this 21st day of December, 2012.

14  /s/ Cynthia S. Hahn
CYNTHIA S. HAHN
15  Assistant Federal Public Defender
Counsel for MARCUS ALLEN MARTINEZ

18  IT IS SO ORDERED

20  U.S. DISTRICT JUDGE

21  DATED: 12-26-2012

27      [1]  Should this Court reassign the instant case as requested, Mr. Martinez will be asking Judge

28  McKibben for an earlier change of plea date.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the law offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 21, 2012, she served a copy of the above and foregoing document by e-filing, by facsimile, and by mailing, via United States Postal Service, a true and correct copy to the person named below:

CARLA B. HIGGINBOTHAM
ASSISTANT U. S. ATTORNEY
100 WEST LIBERTY, #600
RENO, NEVADA 89501

BARBARA HUNT
UNITED STATES PROBATION
400 SOUTH VIRGINIA, ROOM 103
RENO, NEVADA 89501

MARCUS ALLEN MARTINEZ
(By mail only)

/S/ Barbara Tapia-Shipp
Employee of the Federal Public Defender