1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:12-cr-00105-HDM-VPC |
| Plaintiff, | **ORDER** |
| vs. | |
| MARCUS ALLEN MARTINEZ, | |
| Defendant. | |

Based upon the hearing re: revocation of Supervised Release held on February 25, 2015 (Docket No. 38);

IT IS HEREBY ORDERED that the Defendant, MARCUS ALLEN MARTINEZ, be released from custody at the Washoe County Detention Center on March 4, 2015, at 7:00 a.m. to RAMÓN ACOSTA, Assistant Federal Defender, to assist with transportation to the Las Vegas Community Correction Center, located at 2901 South Industrial Road, Las Vegas, Nevada.

DATED this 2nd day of March, 2015.    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE