UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS ALLEN MARTINEZ,<br><br>　　　　Defendant. | Case No. 3:12-cr-00105-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for MARCUS ALLEN MARTINEZ and United States Attorney JASON M. FRIERSON, Assistant United States Attorney PENELOPE BRADY, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for December 13, 2023, at 10:00 AM, be vacated and continued to January 30, 2024, at 10:00 AM.

　　This Stipulation is entered into for the following reasons:

　　1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.     Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.     Mr. Martinez is currently on detained.

4.     The parties agree to the continuance.

5.     This is the first request for a continuance.

DATED this 27th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Kate Berry*<br>   KATE BERRY<br>   Assistant Federal Public Defender<br>   Counsel for MARCUS MARTINEZ | By */s/ Penelope Brady*<br>   PENELOPE BRADY<br>   Assistant United States Attorney<br>   Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for December 13, 2023, at 10:00 AM, be vacated and continued to January 30, 2024, at 10:00 AM. in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED**.

DATED this 30th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3